IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-222-GCM

| | |
|---|---|
| XPO LOGISTICS, INC., )<br>Plaintiff, )<br>v. )<br> )<br>PAUL LUCKETT and )<br>US 1 LOGISTICS, LLC, )<br>Defendants. )<br> ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Robert Milligan,** filed May 2, 2018 [doc. # 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Milligan is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, XPO Logistics, Inc..

**IT IS SO ORDERED.**

Signed: May 2, 2018

Graham C. Mullen
United States District Judge