IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-222-GCM

| | |
|---|---|
| XPO LOGISTICS, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| PAUL LUCKETT, ) | |
| US 1 LOGISTICS, LLC, and ) | |
| GSR GLOBAL GROUP, INC., ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jason C. Kuhlman,** filed January 11, 2019 [doc. # 33].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Kuhlman is admitted to appear before this court *pro hac vice* on behalf of Defendant, GSR Global Group, Inc..

**IT IS SO ORDERED.**

Signed: January 14, 2019

Graham C. Mullen
United States District Judge